UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DEFENSE SUPPLY ASSOCIATES,
INC.,

        Plaintiff,

v.                                      Case No. 10-CV-457

DEFENSE MANUFACTURING &
SUPPLY LLC,

        Defendant.

---

### ORDER FOR CONSENT JUDGMENT

The Court having reviewed the Plaintiff's Motion for Consent Judgment in this matter and being otherwise well advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1.     The terms of the Settlement Agreement executed by and between the parties are enforced.

2.     Judgment is entered against Defendant Defense Manufacturing & Supply LLC in the amount of $142,024.20 plus taxable costs.

Dated: *June 21*, 2011.

                                              **BY THE COURT:**

                                              *Barbara B. Crabb*
                                              Honorable Barbara B. Crabb
                                              United States District Judge